**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**RHONDA ROBINSON**                                                        **PLAINTIFFS**

**V.**                                                  **CAUSE NO. 3:03-cv-946-WS**

**WORLDCOM, INC.**                                                   **DEFENDANTS**

## ORDER TO TRANSFER

Before this court is defendant Worldcom's motion asking this court to dismiss this action [docket # 12]. Oral argument was heard on August 21, 2006. Defendant contends that the United States Bankruptcy Court for the Southern District of New York is the proper court to address the issues raised herein.

No one disputes that the Bankruptcy Court adjudicated defendant's Chapter 11 bankruptcy proceedings. That Court confirmed Worldcom's second amended reorganization plan October 31, 2003. This plan was effective on April 20, 2004, at which time the Bankruptcy Court issued a permanent injunction against all claims arising before July 21, 2002, and against all claimants. Subsequent to that adjudication, plaintiff filed this suit on July 29, 2003, claiming employment discrimination by defendant. This discrimination allegedly occurred prior to the Bankruptcy proceedings.

Seeking to ensure fair treatment to debtor and creditors by the orderly and efficient handling of claims against a debtor in one common forum, *Woodson v. Robintech, Inc.*, 69 B.R. 77, 78 (E.D. La., 1986), the Bankruptcy Court exercises exclusive jurisdiction over the dischargeability of all related debts and claims. *Id.* Here, the New York Bankruptcy Court has adjudicated similar and related claims and issued a

permanent injunction.

Defendant's argument is well taken.  This court finds that the Southern District of New York's Bankruptcy Court should determine whether the claims herein fall within the embrace of that Court's injunction.  Therefore, transfer to that Court is hereby ordered.

**SO ORDERED AND ADJUDGED,** this the 11th day of September, 2006.

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**

Order to Transfer
Civil Action No. 3:03-cv-946WS